<u>NOT FOR PUBLICATION</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ESTER JOSEPH, | |
| Plaintiff, | Civ. No. 19-5413 |
| v. | **MEMORANDUM ORDER &** |
| | **CERTIFICATION** |
| RICKART COLLECTION SYSTEMS, INC., | |
| Defendant. | |

<u>THOMPSON, U.S.D.J.</u>

IT APPEARING that, on May 29, 2019, the Court issued an Order denying Defendant's Motion to Dismiss (ECF No. 12; *see also* Opinion, ECF No. 11); and it further

APPEARING that, on July 14, 2019, Defendant filed a Motion for Certificate of Appealability of the above Order (ECF No. 13); and it further

APPEARING that the Motion is unopposed; and it further

APPEARING that, "When a district judge, in making in a civil action an order not otherwise appealable . . . shall be of the opinion that such order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation, he shall so state in writing in such order," 28 U.S.C. § 1292(b); and it further

APPEARING that the Order involves a question of law—whether a debt collector must inform a debtor that the debtor must dispute the debt in writing under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692e, 1692g; and it further

APPEARING that this question of law is controlling, given that it is the central legal

1

question of the case and that its answer effectively determines the case's outcome; and it further

APPEARING that there is substantial ground for difference of opinion on this question

(*see* Op. at 5 nn.2–3 (collecting cases with divergent conclusions)); and it further

APPEARING that an immediate appeal from the Order may materially advance the

ultimate termination of the litigation because, once this legal question is answered, the case may

proceed expeditiously to summary judgment or trial with little or no discovery;

IT IS on this 14th day of August, 2019,

ORDERED that Defendant's Motion for Certificate of Appealability (ECF No. 13) is

GRANTED; and it is further

ORDERED that the Court's May 29, 2019 Order (ECF No. 12) is CERTIFIED for

interlocutory appeal pursuant to 28 U.S.C. § 1292(b).


                                                            */s/ Anne E. Thompson*
                                                            ANNE E. THOMPSON, U.S.D.J.